CALVIN HOOD v. O. S. GIBSON et al. No. 12,272. (67 Pac. 1130.) Error from Cowley district court. Opinion filed January 11, 1902. Division one. *Affirmed*. McDermott & Johnson, for plaintiff in error. Hackney & Lafferty, for defendants in error.

THE ATCHISON, TOPEKA & SANTA FE RAILWAY COMPANY v. MOST BECKER. No. 12,277. (67 Pac. 1129.) Error from Sumner district court. Opinion filed January 11, 1902. Division one. *Reversed*. A. A. Hurd, and O. J. Wood, for plaintiff in error. Hackney & Hackney, and F. A. Dinsmore, for defendant in error.

J. P. WILHITE v. S. A. DANIELS, *as Sheriff*. No. 12,283. (67 Pac. 452.) Error from Cowley district court. Opinion filed January 11, 1902. Division one. *Reversed*. C. T. Atkinson, for plaintiff in error. J. Mack Love, and A. M. Dean, for defendant in error.

GERMAN INSURANCE COMPANY, etc., v. GEORGE H. AND OMER A. KIRKENDALL et al. No. 12,288. (67 Pac. 443.) Error from Lyon district court. Opinion filed January 11, 1902. Division one. *Affirmed*. Quinton & Quinton, for plaintiff in error. Kellogg & Madden, for defendants in error.

CRANE & COMPANY v. C. L. BLOOM. No. 12,444. (67 Pac. 449.) Error from Montgomery district court. Opinion filed January 11, 1902. Division two. *Reversed*. T. S. Salathiel, and A. B. Clark, for plaintiff in error. Ergenbright & Banks, for defendant in error.

JAMES McALLISTER v. D. W. HOUSTON. No. 12,448. (67 Pac. 544.) Error from Anderson district court. Opinion filed January 11, 1902. Division two. *Affirmed*. Benson & Harris, for plaintiff in error. Kirk & Kirk, for defendant in error.

MARY F. BARKER et al. v. THE LANYON ZINC COMPANY. No. 12,450. (67 Pac. 629.) Error from Allen district court. Opinion filed January 11, 1902. Division two. *Dismissed*. Chris Ritter, for plaintiffs in error. Campbell & Goshorn, C. E. Benton, and J. B. F. Cates, for defendant in error.

C. B. WALKER v. THE COLUMBUS STATE BANK et al. No. 12,451. (67 Pac. 552.) Error from Cherokee district court. Opinion filed January 11, 1902. Division two. *Affirmed*. S. E. Cheeseman, for plaintiff in error. Finch & Wheatley, C. A. McNeill, and S. C. Westcott, for defendants in error.

THE MISSOURI, KANSAS & TEXAS RAILWAY COMPANY v. PAUL RUSSELL. No. 12,452. (67 Pac. 451.) Error from Miami district court. Opinion filed January 11, 1902. Division two. *Affirmed*. T. N. Sedgwick, for plaintiff in error. N. W. Wells, and George W. Moad, for defendant in error.

JOHN F. DODGE et al. v. WILLIAM K. SULLIVAN, *Receiver*. No. 12,524. (67 Pac. 1130.) Error from Cowley district court. Opinion filed January 11, 1902. Division two. *Affirmed*. J. A. Burnette, and S. C. Burnette, for plaintiffs in error. C. T. Atkinson, for defendant in error.

ELIJAH M. TOPLIFF v. WILLIAM SHADWELL. No. 12,532. (67 Pac. 515.) Error from Edwards district court. Opinion filed January 11, 1902. Division two. *Reversed*. Frank H. Foster, for plaintiff in error. A. C. Dyer, and F. Dumont Smith, for defendant in error.